IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

REALITI COURSON,

        Plaintiff,

vs.                Case No. 5:21-cv-03270-EFM-GEB

RENO COUNTY BOARD OF COMMISSIONERS;
DARRIAN CAMPBELL, Reno County Sheriff;
RANDY HENDERSON; JAKE HARRISON;
CODY BLAKE; KAITLYNN HAZELL and
JOSHUA SCOTT,

      Defendants/Third-Party Plaintiffs,

vs.

LIGHTFIELD LLR CORPORATION,

      Third-Party Defendant.

# ADR REPORT

**TYPE OF ADR:**   **Mediation** ☒  **Other:** _____ ☐

**Name of Mediator or other Neutral:**  Daniel B. Giroux

**ADR Session Held (date):**  November 14, 2022

**Additional Session(s) Held, if any (date):**  None.

**Results of Referral to ADR**

☐ Case settled **before** ADR    ☐ Case did **not** settle

☒ Case settled **at** ADR session    ☐ Case settled in part

**Mediation Fees**

Did neutral serve pro bono?    Yes ☐  No ☒
Did neutral serve for a reduced fee? Yes ☐  No ☒

{T0476779}          1

**Status of litigation when ADR occurred** - please check one:

TRO ☐       pre-discovery ☐       partial discovery ☒       discovery complete ☐

pending dispositive motion ☐   After dispositive motion ☐   other ☐ _____

**Length of ADR session:**     6    hours

Respectfully submitted,

s/ Charles E. Branson
Terelle A. Mock                     #21465
Charles E. Branson                  #17376
Brian C. Mauldin                    #28636
FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
tmock@fpsslaw.com | cbranson@fpsslaw.com |
bmauldin@fpsslaw.com
**Attorneys for Defendants/Third-Party Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kurt P. Kerns, #15028
KERNS LAW GROUP
328 N. Main Street
Wichita, Kansas 67202
(316) 265-5511
kurtpkerns@aol.com
**Attorney for Plaintiff**

N. Russell Hazlewood, #18664
Nathan Elliott, #24657
Todd Tedesco, #15652
GRAYBILL & HAZLEWOOD, LLC
218 N. Mosley
Wichita, Kansas 67202
(316) 266-4058
russ@graybillhazlewood.com | nathan@graybillhazlewood.com |
todd@graybillhazlewood.com
**Attorneys for Plaintiff**

Michael G. Norris, #07247
Emily Tung, #78702
NORRIS, KEPLINGER, HICKS & WELDER, LLC
11551 Ash Street, Suite 200
Leawood, Kansas 66211
Tel: (913) 323-3180 | Fax: (913) 663-2006
mgn@nkfirm.com | etung@nkfirm.com
**Attorneys for Third-Party Defendant Lightfield LLR Corporation**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: No one.

s/ Charles E. Branson<br>Charles E. Branson